**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| LIFESCIENCE TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:21-cv-01279-SEP |
| | ) | |
| v. | ) | |
| | ) | |
| MERCY HEALTH, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR HEARING VIA TELECONFERENCE**

Plaintiff LifeScience Technologies, LLC ("LST"), and Defendants Mercy Health and Mercy ACO Clinical Services, Inc. (collectively, "Mercy") and Myia Labs, Inc. ("Myia," and collectively with Mercy, "Defendants") move this Court to schedule a hearing via teleconference to take up the parties' disputes relating to Plaintiff's request to amend the case management order to allow expert report supplementation.

Because resolution of this dispute is likely to impact expert deposition scheduling and other quickly approaching case deadlines (including Daubert and summary judgment motion deadlines), the Parties respectfully request a teleconference at the Court's earliest possible convenience.

The Parties' respective positions are set forth in a separate Joint Memorandum filed herewith.

March 7, 2024

**STINSON LLP**

*/s/ Julie Scheipeter*
B. Scott Eidson, #57757
J. Nicci Warr, #59975
Julie C. Scheipeter, #65978
Timothy D. Krieger, #57823
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone (314) 863-0800
Facsimile (314) 863-9388
scott.eidson@stinson.com
nicci.warr@stinson.com
julie.scheipeter@stinson.com
timothy.krieger@stinson.com

Judith Araujo (*pro hac vice*)
1050 17th St., Suite 2400
Denver, CO 80265
Telephone (720) 728-7650
Facsimile (720) 728-7649
judith.araujo@stinson.com

***Attorneys for Plaintiff LifeScience Technologies, LLC***

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Jason Meyer*
David A. Roodman, #38109 MO
Mark S. Deiermann, #31521 MO
Jason Meyer, #64030 MO
Craig O'Dear, #30167 MO
Nick E. Williamson, #56925MO
Jennifer A. Goltermann, #60835MO
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2000
Fax: (314) 259-2020
daroodman@bclplaw.com
msdeiermann@bclplaw.com
jason.meyer@bclplaw.com
csodear@bclplaw.com
nick.williamson@bclplaw.com
jenny.goltermann@bclplaw.com

***Attorneys for Mercy Defendants***

**DOWD BENNETT LLP**
*/s/ Michele Nasser*
Michelle D. Nasser # 68952 MO
Jeffrey R. Hoops # 69813 MO
Rebecca McLaughlin, #71969 MO
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Telephone: 314-889-7300
Facsimile: 314-863-2111
mnasser@dowdbennett.com
jhoops@dowdbennett.com
rmclaughlin@dowdbennett.com

Rajiv Dharnidharka (*pro hac vice*)
**DLA PIPER LLP**
2000 University Avenue
East Palo Alto, California 94303
Telephone: 650-833-2322
Facsimile: 650-687-9322
Rajiv.dharnidharka@dlapiper.com

***Attorneys for Myia Labs, Inc.***

2